**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY
20 VESEY STREET
NEW YORK, NEW YORK
TEL. 212-2
FAX 212-6
DONNANEWMANL
MEMBER: N.Y.

> Application granted. Ms. Newman is excused from the 12/16/2022 initial conference; and Mr. Seigel may appear in her stead on behalf of Defendant Messiah Jackson for purposes of this conference.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 38.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         December 15, 2022

Via ECF & Email
December 14, 2022
The Honorable Philip M. Halpern
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Williams, Messiah Jackson, et al*
    22 cr. 641

Dear Judge Halpern:

     I was appointed pursuant to the Criminal Justice Act to represent Messiah Jackson. A status conference is scheduled before Your Honor in this matter for Friday, December 16th at 9:30 am. I a unable to attend due to a schedule conflict. Jesse M Siegel, Esq., counsel to another defendant on this case, has graciously agreed to stand in for me for this status conference. I advised my client that I would not be present for Friday's conference, and he has agreed to allow a co-counsel to stand in for me. Wherefore, I respectfully request permission to be absent from the conference and to allow Mr. Seigel to stand in for me. .

Respectfully submitted,
/s/
Donna R. Newman
Cc: All counsel of record via ECF