UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
MESSIAH JACKSON,                  :     7-22-cr-00641- PMH
                                  :
            Defendant.            :
-----------------------------------------------------------x

A Change of Plea Hearing is scheduled for May 9, 2024 at 3:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       April 22, 2024

_____
Philip M. Halpern
United States District Judge