**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

Via ECF & Email

July 18, 2024
The Honorable Philip M. Halpern
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 18, 2024

Re: *United States v. Williams, Messiah Jackson, et al*
    22 cr. 641

Dear Judge Halpern:

     I represent Messiah Jackson in the above referenced matter. I have received the draft Presentence Report ("PSR") but have not had a full opportunity to review the entire report with Mr. Jackson. Probation has advised that their final PSR must be filed no later than July 31st and that my objections are thus due this week. I will be on vacation from tomorrow, July 19 until July 30th and thus, will be unable to file timely objections. I seek an extension for Probation to file its final PSR until August 31st and for my objections on behalf of Mr. Jackson be due on August 17th. This will  give me sufficient time to meet with Mr. Jackson again, to file my objections to the PSR with Probation, and for Probation to have sufficient time to file its final PSR.  Mr. Jackson is due to be sentenced on December 12, 2024 and therefore, this request does not affect the scheduled for sentencing. The Government does not object to this request.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All counsel of record via ECF
    USPO Michelle Bast via email