> Application granted. The sentencing scheduled for December 12, 2024 is adjourned to February 3, 2025 at 2:30 p.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. Defendant's sentencing submission is due by January 13, 2025 and the Government's response is due by January 20, 2025.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         November 19, 2024

**LAW**
**DONNA** _(letterhead partially obscured)_
**ATTO**
**20 VESEY**
**NEW YORK**
**TEL.**
**FAX**
**DONNANE**
**MEMBER**

Via ECF & Email
July 18, 2024

The Honorable Philip M. Halpern
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Williams, Messiah Jackson, et al*
     22 cr. 641

Dear Judge Halpern:

     I represent Messiah Jackson in the above-referenced matter. I write to seek an adjournment of Mr. Jackson's sentence until February 3, 3025 which is a date and time the Court is available and the parties are available. The Government consents to this request.

     This is my first request for an adjournment of Mr. Jackson's sentence. I apologize for the request and any inconvenience re-scheduling of Mr. Jackson's sentence may cause the Court. Under the current schedule my sentencing submission is due November 27th which will be impossible to meet. I will be away for the Thanksgiving holiday and thus, unable to work on the sentencing submission.  Besides my few days of vacation, I seek an adjournment because due to a recent back problem which played havoc with my schedule and I am behind in my work schedule.  When I was able to review and start preparing for Mr. Jackson sentencing submission, it came to my attention that a mitigation report was imperative to provide the Court with a complete understanding of Mr. Jackson's background. I have requested authorization for a mitigation expert who has likewise promised to work diligently to complete the investigation and submit a report in a timely manner. Finally, I am missing some documents  I intended to use in my sentencing submission and although I requested these documents numerous times, I  have not received them. I assure the Court I will work diligently to submit a sentencing submission on Mr. Jackson's behalf in a timely manner based on a sentencing date of February 3rd.

Wherefore, I respectfully request the Court grant my request for rescheduling Mr. Jackson's sentence until February 3, 2024 at 2:30 p.m.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA's Jennifer Ong
    AUSA Ryan Allison
    Messiah Jackson