

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 249).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             February 21, 2025

**BY ECF AND EMAIL**
The Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Messiah Jackson*, 22 Cr. 641 (PMH)

Dear Judge Halpern:

The Government writes respectfully to request an extension to submit a consent preliminary order of forfeiture in the above-referenced case.

On February 3, 2025, Your Honor sentenced Messiah Jackson to a total term of imprisonment of 210 months. Your Honor additionally ordered forfeiture but allowed the parties three weeks (until February 24, 2025) to submit a consent preliminary order of forfeiture. Since that time, the parties have engaged in multiple discussions regarding a consent preliminary order of forfeiture. The parties, however, need additional time to continue these discussions and for defense counsel to review relevant discovery materials that were previously produced by the Government. Accordingly, the parties request an additional 10 days (until March 6, 2025) to submit a consent preliminary order of forfeiture.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:   /s/ _____
Jennifer N. Ong
Ryan W. Allison
Margaret N. Vasu
Assistant United States Attorneys
Tel: 212-637-2224 / -2474 / 914-993-1926

cc:   Counsel of Record (via ECF)