> Application granted. The parties shall file a proposed consent preliminary order of forfeiture by March 26, 2025. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 253).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 5, 2025

Via ECF & Email

March 4, 2025

The Honorable Philip M. Halpern
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
Re: *United States v. Williams, Messiah Jackson, et al*
   22 cr. 641

Dear Judge Halpern:

    I represent Messiah Jackson in the above-referenced matter. I am writing to update the Court on the parties progress on reaching an agreement as to forfeiture for Mr. Jackson.  After consultation with the Government, we have reached a tentative agreement concerning the amount of money Mr. Jackson is responsible in forfeiture. I need to confirm this with Mr. Jackson. He is currently at the Upstate Correctional Facility in Malone, New York.  The facility had stopped all legal calls for the last two weeks in February and advised at that time they were unsure when they would be resuming. I am attempting to set up another call with Mr. Jackson for next week. I ask the Court to allow the  parties another 20 days to file with the Court a proposed consent forfeiture order.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA's Jennifer Ong
    AUSA Ryan Allison
    Messiah Jackson